(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant,
ERIK GESUS RIVERA

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK GESUS RIVERA,<br><br>Defendants. | Case No: **1:14-CR-00048–LJO SKO**<br><br>**WAIVER OF APPEARANCE**<br>**AND**<br>**ORDER** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

OFFICE and/or ITS REPRESENTATIVES:

Defendant, ERIK GESUS RIVERA, by and through her attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving his appearance at the Status Conference currently set for April 7, 2014 at 1:00 p.m., before Magistrate Judge Sheila K. Oberto.

The reason for this request is that Mr. Rivera lives in San Bernardino, California. Further, we have not, to date, received any discovery in this case and it is not anticipated that anything dispositive will occur on April 7, 2014.

Mr. Rivera has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Status Conference has been discussed and Mr. Rivera is satisfied that all relative matters have been adequately discussed.

It is hereby requested that Erik Rivera's appearance at the hearing on April 7, 2014, at 1:00 p.m. be excused.

DATED: April 3, 2014.                    Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant,
ERIK GESUS RIVERA

* * * * * *

**ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant, Erik Rivera, is hereby excused from appearing at the Status Conference currently scheduled for April 7, 2014, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **April 4, 2014**                            /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE