(SPACE BELOW FOR FILING STAMP ONLY)

1

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**

2

2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721

3

PHONE (559) 233-2900
FAX (559) 485-3852

4

mark@nuttallcoleman.com

5

ATTORNEYS FOR Defendant,

6

ERIK GESUS RIVERA

7

8

UNITED STATES DISTRICT COUNT

9

EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,          Case No: **1:14-CR-00048–LJO SKO**

11

12

Plaintiffs,

13

v.                                 **WAIVER OF APPEARANCE**
                                   **AND**
                                   **ORDER**

14

ERIK GESUS RIVERA,

15

Defendants.

16

17

TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

18

OFFICE and/or ITS REPRESENTATIVES:

19

Defendant, ERIK GESUS RIVERA, by and through her attorney MARK W.

20

COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving

21

his appearance at the Status Conference currently set for June 16, 2014 at 1:00 p.m., before

22

Magistrate Judge Sheila K. Oberto.

23

The reason for this request is that Mr. Rivera lives in San Bernardino, California.

24

Counsel has received discovery in this case and counsel for defendant is still reviewing the

25

26

discovery.  It is not anticipated that anything dispositive will occur on June 16, 2014.

27

28

1    Mr. Rivera has been in continued contact with his attorney, and gives his attorney full

2    power to act on his behalf.  The matter of the Status Conference has been discussed and Mr.

3    Rivera is satisfied that all relative matters have been adequately discussed.

4    It is hereby requested that Erik Rivera's appearance at the hearing on June 16, 2014, at

5    1:00 p.m. be excused.

6    DATED: June 12, 2014.              Respectfully submitted,

7                                       NUTTALL & COLEMAN

8                                       /s/ MARK W. COLEMAN

9
                                        MARK W. COLEMAN
10                                      Attorney for Defendant,
                                        ERIK GESUS RIVERA
11

12                                      * * * * * *

13                                        **ORDER**

14       GOOD CAUSE APPEARING,

15       IT IS HEREBY ORDERED that Defendant, Erik Rivera, is excused from appearing at

16   the Status Conference currently scheduled for June 16, 2014, at 1:00 p.m.

17

18
     IT IS SO ORDERED.
19

20      Dated:   **June 13, 2014**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28
                                        2