(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com


ATTORNEYS FOR Defendant,
         ERIK GESUS RIVERA


UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK GESUS RIVERA,<br><br>Defendants. | Case No: **1:14-CR-00048–LJO SKO**<br><br>**STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

    It is hereby stipulated and agreed to by the parties hereto that Defendant, ERIK RIVERA's conditions of release be modified to release him from electronic GPS monitoring.

    Mr. Rivera was placed on electronic GPS monitoring on March 25, 2014. Since that time he has been in continued contact with his pretrial services officer, and has done everything asked of him.

    Counsel for Defendant has corresponded with both Assistant U.S. Attorney, Brian Delaney, and Erik's Pretrial Services officer, Frank Guerrero, both of whom have no objection to the requested modification.

///

///

Dated: June 5, 2015.                            Respectfully submitted,

                                                          NUTTALL & COLEMAN

                                                          /s/ Mark W. Coleman

                                                          MARK W. COLEMAN
                                                          Attorney for Defendant
                                                          ERIK RIVERA

Dated: June 5, 2015.                            UNITED STATES ATTORNEY'S OFFICE

                                                          /s/ Brian Delaney

                                                          BRIAN DELANEY
                                                          Assistant United States Attorney

## **O R D E R**

**IT IS HEREBY ORDERED** that Defendant, Erik Rivera, is released from electronic GPS monitoring. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **June 8, 2015**                                **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE