(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant,
           ERIK GESUS RIVERA

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: **1:14-CR-00048–LJO SKO** |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION TO CONTINUE SENTENCING AND O R D E R** |
| ERIK GESUS RIVERA, | |
| Defendants. | |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 3, 2015, at 9:30 a.m., be continued to August 31, 2015, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

///

Report Available to Defense Counsel and AUSA on or before July 27, 2015.

Informal Objections to be served on or before August 17, 2015.

Formal Objections to be filed on or before August 24, 2014.

This continuance is requested by counsel for Defendant, ERIK GESUS RIVERA, due to the fact that additional time is needed to complete the interview with the Probation Office. Mr. Rivera had an appointment scheduled with Probation on June 1, 2015, however, due to a family illness, he was unable to attend the meeting. The Probation meeting has been rescheduled for June 17, 2015. Once the interview is completed, the Probation Office will need time to prepare the Presentence Report.

Counsel for Defendant has spoken with Assistant U.S. Attorney, BRIAN DELANEY, who has no objection to this continuance.

Dated: June 16, 2015              Respectfully Submitted,

                                  NUTTALL & COLEMAN

                                  /s/ Mark W. Coleman

                                  MARK W. COLEMAN
                                  Attorney for Defendant,
                                  ERIK GESUS RIVERA

Dated: June 16, 2015.             UNITED STATES ATTORNEY'S OFFICE

                                  /s/ Brian Delaney

                                  BRIAN DELANEY
                                  Assistant U.S. Attorney

\* \* \* \* \* \* \*

O R D E R

IT IS SO ORDERED.

Dated:   **June 16, 2015**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE