(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant,
ERIK GESUS RIVERA

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK GESUS RIVERA,<br><br>Defendants. | Case No: **1:14-CR-00048–LJO SKO**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**AND**<br>**O R D E R** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 31, 2015, at 8:30 a.m., be continued to September 21, 2015, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

///

Informal Objections to be served on or before August 31, 2015.

Formal Objections to be filed on or before September 14, 2015.

This continuance is requested by counsel for Defendant, ERIK GESUS RIVERA, due to the fact that counsel has been retained in a criminal case in Oregon involving 19 co-defendants, and the Trial in that case is set for August 31, 2015.

Counsel for Defendant has spoken with Assistant U.S. Attorney, BRIAN DELANEY, who has no objection to this continuance.

Dated: August 13, 2015          Respectfully Submitted,

                                        NUTTALL & COLEMAN

                                        /s/ Mark W. Coleman

                                        MARK W. COLEMAN  
                                        Attorney for Defendant,  
                                        ERIK GESUS RIVERA

Dated: August 13, 2015.          UNITED STATES ATTORNEY'S OFFICE

                                        /s/ Brian Delaney

                                        BRIAN DELANEY  
                                        Assistant U.S. Attorney

                                   * * * * * * *

O R D E R

IT IS SO ORDERED.

   Dated:   **August 17, 2015**                    **/s/ Lawrence J. O'Neill**  
                                                        UNITED STATES DISTRICT JUDGE